Darryl L. Thompson, Esq
880 N Street, Suite 101
Anchorage, Alaska 99501
Phone: (907) 272-9322
Fax: (907) 277-1373
Email: darrylthompson@akdltlaw.com
      office@akdltlaw.com

Attorney's for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLEN WILLIAM OCKEY, ) | |
| ) | **ENTRY OF APPEARANCE** |
|     Defendant ) | |
| _____ ) | **Case No. 3:22-cr-0030-SLG-MMS** |

PLEASE TAKE NOTICE, that Darryl L. Thompson of the Thompson Law Group P.C. hereby enters its appearance on behalf of defendant, ALLEN WILLIAM OCKEY. All future papers and communications may be directed and served upon this defendant by serving the same to the address listed below or by Email at Darrylthompson@akdltlaw.com or Office@akdltlaw.com

DATED at Anchorage, Alaska, this 28th day of April, 2022

                /s/ Darryl L. Thompson
                880 N Street, Suite 101
                Anchorage, Alaska 99501
                907-272-9322
                907-277-1373 - Fax
                darrylthompson@akdltlaw.com
                Alaska Bar No 8706055

**Certificate of Service**
I certify that on 12/20/11
a copy of this foregoing document
was served electronically on

Steve Skrocki
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Steve.Skrocki@usdoj.gov

Charissa Arce
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Charisse.Arce@usdoj.gov


/s/ Richard N. Hall
Paralegal for DLT