AO 83 (Rev. 06/09) Summons in a Criminal Case



RECEIVED
APR 28 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALLEN WILLIAM OCKEY | ) | Case No. 3:22-cr-00030-SLG-MMS |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Federal Building – U.S. Courthouse 222 W. 7th Avenue Anchorage, Alaska 99513 | Courtroom No.: 5 |
|---|---|---|
| | | Date and Time: 5/17/22 at 11:15 |

This offense is briefly described as follows:

18:371 Wildlife Trafficking Conspiracy – Count 1; 16:3372(a)(2)(A) and 3373(d)(1)(A) Wildlife Trafficking Counts 2-6; 16:3372(a)(1) and 3373(d)(1)(A) Wildlife Trafficking Counts 7-8; 18:545 Smuggling Wildlife into the United States Counts 9-13

Date: April 22, 2022       by   *s/Brenda Kappler*
                                  _Signature of Issuing Officer_
                                  Brian D. Karth, Clerk of Court
                                  _Name and title of Issuing Officer_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: _____                   _____
                                       *Server's signature*

                                       _____
                                       *Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* April 25, 2022.

☑ I personally served the summons on this defendant Allen William Ockey at *(place)* _____ on *(date)* April 26, 2022 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____.

I declare under penalty of perjury that this information is true.

Date returned: April 28, 2022

*Juan Ramirez*
Server's signature

Special Agent Juan Ramirez Amezcua
*Printed name and title*

Remarks: