Darryl L. Thompson, Esq
880 N Street, Suite 101
Anchorage, Alaska 99501
Phone: (907) 272-9322
Fax: (907) 277-1373
Email: darrylthompson@akdltlaw.com
      office@akdltlaw.com

Attorney's for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALLEN WILLIAM OCKEY, | ) |
| | ) |
| Defendant | ) |
| | ) Case No. 3:22-cr-0030-SLG-MMS |

**PROPOSED ORDER ON UNOPPOSED MOTION FOR THE COURT'S PERMISSION FOR DEFENDANT TO APPEAR VIA VIDEO TELECONFERNCE AT HIS ARRAIGNMENT**

THIS MATTER having come before the court on non-opposed motion of the defendant, Allen W. Ockey, and having considered same, the defendant's motion for Video Teleconference participation is hereby GRANTED. Defendant, Allen W. Ockey, may participate by Video Teleconference at the Arraignment Hearing scheduled for May 17, 2022 @ 11:15 a.m. He is hereby instructed to follow the directions for said participation that were provided to him with the service of his summons, a copy of which is attached.

It is so Ordered this ___ day of _____, 2022.

_____
U.S. DISTRICT COURT JUDGE
SHARON L. GLEASON

**Certificate of Service**
I certify that on May 2, 2022
a copy of this foregoing document
was served electronically on

Steve Skrocki
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Steven.Skrocki@usdoj.gov

Charissa Arce
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Charisse.Arce@usdoj.gov


/s/ Richard N. Hall
Paralegal for DLT

# COURTROOM E Quick Guide

NOTE: Please be sure to avoid creating an audio loop and echo. Audio will begin to echo for all participants if you have two of the same audio sources playing in your location with one or more active microphones. Only have one active microphone and one active speaker source.

### A. Web Link Only for Combined Video and Audio - requires fast/reliable Internet connection

1. Open Chrome, Safari, or Firefox *(Not compatible with Microsoft Edge or Internet Explorer)*
2. Visit https://meet.uc.uscourts.gov/meeting/869107943?secret=kh_usH8IXwHXLNY1jSbJGQ
   a. Adjust speaker Volume
   b. Verify microphone functions properly

### B. Web Link Video and Phone Audio – combines web video with telephone audio

1. Open Chrome, Safari, or FireFox *(Not compatible with Microsoft Edge or Internet Explorer)*
2. Visit https://meet.uc.uscourts.gov/meeting/869107943?secret=kh_usH8IXwHXLNY1jSbJGQ

**\*To avoid echo you MUST turn down the computer audio <u>and</u> mute the microphone.\***

3. Phone: 571-353-2301
   a. Call ID: **869107943**
   b. Pin: **234821**
   c. Mute Phone unless you are actively speaking.

### C. Phone Audio Only

Phone: 571-353-2301 – DO NOT use for public listen line

1. Call ID: **869107943**
2. Pin: **234821**

**Public Listen Line Information:** https://www.akd.uscourts.gov/virtual-courtrooms

CONFIDENTIAL