Darryl L. Thompson, Esq
880 N Street, Suite 101
Anchorage, Alaska 99501
Phone: (907) 272-9322
Fax: (907) 277-1373
Email: darrylthompson@akdltlaw.com
      office@akdltlaw.com

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ALLEN WILLIAM OCKEY,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:22-cr-0030-SLG-MMS |

**UNOPPOSED MOTION FOR THE COURT'S PERMISSION FOR DEFENDANT TO APPEAR VIA VIDEO TELECONFERNCE AT HIS SENTENCING**

COMES NOW, Defendant, Allen W. Ockey by and through Counsel, Darryl L. Thompson of the Thompson Law Group P.C. and pursuant to Fed. R. Crim 5(f) and Local Criminal Rule 10.2 and Mr. Ockey, respectfully requests that be allowed to participate by video teleconferencing at his sentencing on October 28, 2022 at 3:00 p.m. as resides in Long Beach, California.

Counsel has communicated with AUSA Steve Skrocki, who indicated the U.S.A does not oppose this request.

DATED at Anchorage, Alaska, this 21st day of October, 2022

/s/ Darryl L. Thompson
880 N Street, Suite 101
Anchorage, Alaska 99501
907-272-9322
907-277-1373 - Fax
darrylthompson@akdltlaw.com
Alaska Bar No 8706055

**Certificate of Service**
I certify that on October 21, 2022
a copy of this foregoing document
was served electronically on

Steve Skrocki
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Steven.Skrocki@usdoj.gov

Charissa Arce
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Charisse.Arce@usdoj.gov

*/s/ Pennelopy Lawson*
Paralegal for DLT