Darryl L. Thompson, Esq
880 N Street, Suite 101
Anchorage, Alaska 99501
Phone: (907) 272-9322
Fax: (907) 277-1373
Email: darrylthompson@akdltlaw.com
       office@akdltlaw.com

Attorney's for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ALLEN WILLIAM OCKEY, | ) ) |
| Defendant | ) ) |
| _____ | ) **Case No. 3:22-cr-0030-SLG-MMS** |

**PROPOSED ORDER ON UNOPPOSED MOTION FOR THE COURT'S PERMISSION FOR DEFENDANT TO APPEAR VIA VIDEO TELECONFERNCE AT HIS SENTENCING**

THIS MATTER having come before the court on non-opposed motion of the defendant, Allen W. Ockey, and having considered same, the defendant's motion for Video Teleconference participation is hereby GRANTED. Defendant, Allen W. Ockey, may participate by Video Teleconference at the Sentencing Hearing scheduled for October 21, 2022 @ 3:00 p.m.

It is so Ordered this ___ day of _____, 2022.

_____
U.S. DISTRICT COURT JUDGE
SHARON L. GLEASON

**Certificate of Service**
I certify that on October 21, 2022 a copy of this foregoing document was served electronically on

Steve Skrocki
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Steven.Skrocki@usdoj.gov

Charissa Arce
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Charisse.Arce@usdoj.gov


/s/ Pennelopy Lawson
Paralegal for DLT