Darryl L. Thompson, Esq
880 N Street, Suite 101
Anchorage, Alaska 99501
Phone: (907) 272-9322
Fax: (907) 277-1373
Email: darrylthompson@akdltlaw.com
      office@akdltlaw.com

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALLEN WILLIAM OCKEY, | ) |
| | ) |
|     Defendant | ) |
| _____ | ) Case No. 3:22-cr-0030-SLG-MMS |

## MOTION FOR RETURN OF DEFENDANT'S PASSPORT

COMES NOW the Defendant, Allen William Ockey, by and through his counsel Darryl L. Thompson, and moves the Court for an order ordering the Federal Clerk's office to return defendant's passport. Attached is a copy of DKT 16, the receipt for the surrender of the passport

DATED at Anchorage, Alaska, this 19th day of December, 2022

/s/ Darryl L. Thompson
880 N Street, Suite 101
Anchorage, Alaska 99501
907-272-9322
907-277-1373 - Fax
darrylthompson@akdltlaw.com
Alaska Bar No 8706055

**Certificate of Service**
I certify that on December 19, 2022
a copy of this foregoing document
was served electronically on

Steve Skrocki
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Steven.Skrocki@usdoj.gov

Charissa Arce
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Charisse.Arce@usdoj.gov


*/s/ Richard N. Hall*
Paralegal for DLT