PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

## PASSPORT RECEIPT

NAME: Allen William Ockey

PASSPORT NUMBER: 527238 4873 USA8702159M2410029257D3S85702

COUNTRY OF ORIGIN: USA

DATE REC'D: 5/26/2022

EXPIRATION DATE: 10/2/2024

DEFENDANT'S SIGNATURE

not present / mailed to USPO

OFFICER'S SIGNATURE

DATE RETURNED

REC'D BY

REC'D FROM

PURPOSE RETURNED

ADDRESS (if mailed)