Darryl L. Thompson, Esq
880 N Street, Suite 101
Anchorage, Alaska 99501
Phone: (907) 272-9322
Fax: (907) 277-1373
Email: darrylthompson@akdltlaw.com
       office@akdltlaw.com

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| ALLEN WILLIAM OCKEY, | ) |
| Defendant | ) Case No. 3:22-cr-0030-SLG-MMS |

## ORDER RELEASING PASSPORT

It is hereby ORDERED that Defendant, Allen William Ockey's request for return of his passport is Granted. The Clerk of the Court is ordered to return the passport to the defendant.

_____
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I certify that on December 19, 2022 a copy of this foregoing document was served electronically on

Steve Skrocki
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Steven.Skrocki@usdoj.gov

Charissa Arce
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9  Room 253
Anchorage, Alaska 99513
Email: Charisse.Arce@usdoj.gov


*/s/ Richard N. Hall*
Paralegal for DLT