S. LANE TUCKER
United States Attorney

STEVEN SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:22-cr-00030-SLG-MMS |
| ALLEN WILLIAM OCKEY, | ) ) ) |
| Defendant | ) ) |

**NON-OPPOSITION TO MOTION FOR RETURN OF PROPERTY**

COMES NOW the United States of America, by and through undersigned counsel, and hereby responds to defendant Allen William Ockey's Motion for Return of Property, filed at Doc. 39. The United States does not oppose this request.

//

//

//

//

RESPECTFULLY SUBMITTED December 20, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/Steven Skrocki
STEVEN SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on December 20, 2022,
a copy of the foregoing was served electronically
via the court's CM/ECF system on:

Darryl Thompson

s/ Steven Skrocki
Office of the U.S. Attorney